IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:12-CR-00032-M

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| PHILLIP DWAYNE ADCOCK, | |
| Defendant. | |

This matter comes before the court on the Defendant's "Motion for Compassionate Release" [DE 55]. On June 5, 2020, the court appointed a Federal Public Defender "to determine whether the defendant may qualify to seek a reduction of sentence" (DE 56); however, that attorney sought and was granted withdrawal on April 23, 2021. On May 4, 2021, the court directed replacement counsel to "file a status report informing the court whether the Defendant may qualify to seek a reduction of his sentence." Counsel timely filed a notice on May 18, 2021 informing the court:

> The Bureau of Prisons records indicate that Movant is no longer in prison, but is potentially in [a] halfway house or [in] transit. On Thursday, May 13, 2021, counsel's staff requested from the BOP Residential Reentry Office a current address for this Movant. In the event that Mr. Adcock can be located, contacts the undersigned, and consents to withdrawal of his petition, counsel will file such withdrawal promptly.

Status Report, DE 62. Based on this information, the court issued an order notifying the Defendant that, given the age of the motion, if the court received no further filings or information from Defendant or his counsel within sixty days of the date of the order (May 20, 2021), the court would deny the motion without prejudice. No subsequent filings have been made.

Accordingly, Defendant's Motion for Compassionate Release [DE 55] is DENIED WITHOUT PREJUDICE as moot.

SO ORDERED this 26th day of July, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE